# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| Geneva Elaine Hames | ) |
| *Petitioner* | ) |
| v. | ) |
| Warden Leath Correctional Institution | ) |
| *Respondent* | ) |

Civil Action No.    4:19-cv-1543-CMC

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____

recover costs from the petitioner *(name)* _____.

■ other: This matter is dismissed without prejudice. A certificate of appealability is denied.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, United States District Judge who adopted the Report
and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:   June 19, 2019

*CLERK OF COURT*

s/Debbie Stokes

_____

*Signature of Clerk or Deputy Clerk*